UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DON A. NORTON,

    Plaintiff,

v.                                           Case No. 11-C-842

AMERICAN HOME MORTGAGE SERVICING INC.,

    Defendant.

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

In response to the Defendant's motion to extend the filing date for dispositive motions by twenty days to August 20, 2012, Plaintiff accuses the Defendant of failing to respond to written discovery in a timely manner and references his own motion for leave to file an amended complaint and add a party to the litigation. Plaintiff's motion was filed August 10, 2012, along with his response.

Based upon the foregoing, Defendant's motion to extend the dispositive motion deadline to August 20, 2012 is granted. Plaintiff's motion for leave to add a party and file an amended complaint will be denied without prejudice. The motion fails to comply with the local rules of the district which requires that a copy of the proposed new pleading be attached and an explanation of the changes and additions be provided in the motion itself. *See* Civil L.R. 15(b).

Dated this __13th__ day of August, 2012.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge